RECEIVED
IN LAKE CHARLES, LA.

APR 9 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 10-1252 |
| | ) | |
| vs. | ) | JUDGE MINALDI |
| | ) | MAGISTRATE JUDGE KAY |
| UNITED SERVICES AUTOMOBILE, ASSOCIATION, et. al. | ) ) ) | |

## STIPULATED CONSENT JUDGMENT

Upon the consent of AIMEE FERNANDEZ and UNITED STATES OF AMERICA,

IT IS AGREED BY BOTH PARTIES that the United States is entitled to recover $11,001.00 in reasonable medical expenses for the medical care of AIMEE FERNANDEZ and is entitled to $329.16 in lost wages paid.

IT IS ALSO AGREED BY BOTH PARTIES that the UNITED STATES OF AMERICA may take the money to which it is entitled from the $15,401.95 that was deposited into the Registry of the Court on July 21, 2011, the current balance which as of February 10, 2012, is $15,402.76.

IT IS ORDERED, ADJUDGED AND DECREED that the money in the Registry of the Court shall be distributed as follows:

UNITED STATES OF AMERICA: $ 11,330.16

AIMEE FERNANDEZ: $ 4,072.60, or the balance of funds after the USA has deducted its portion in accordance with this stipulation.

IT IS FURTHER ORDERED, ADJUGED AND DECREED that if the Clerk of Court has incurred any costs associated with this case, the Clerk of Court shall withhold 50% of its costs

from the UNITED STATES OF AMERICA's distribution amount listed above and withhold 50% of its costs from AIMEE FERNANDEZ's distribution amount listed above.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the UNITED STATES OF AMERICA's claims against UNITED SERVICES AUTOMOBILE ASSOCIATION and PROGRESSIVE PALOVERDE INSURANCE CO. are hereby DISMISSED WITHOUT PREJUDICE and that the claims against AIMEE FERNANDEZ and THE SMITH LAW FIRM, LLP are dismissed with prejudice.

THUS DONE AND SIGNED in Lake Charles, Louisiana, Louisiana, on this ____4____ day of __April__, 2012.

_____
UNITED STATES DISTRICT JUDGE

Approved:

STEPHANIE A. FINLEY, UNITED STATES ATTORNEY

BY: _____
RAMSAY C. MCCULLOUGH
ASSITANT UNITED STATES ATTORNEY

Digitally signed by S. Christie Smith IV
DN: cn=S. Christie Smith IV, o=SmithBush, LLP, ou,
email=chrisite.smith@smithlex.com, c=US
Date: 2012.03.21 16:04:00 -05'00'

_____
S. CHRISTIE SMITH, IV
Attorney for AIMEE FERNANDEZ